Dennis F. Dunne
Andrew M. Leblanc
Tyson M. Lomazow
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
Telephone:  (212) 530-5000

*Counsel for Wilmington Trust Company, solely in its capacity as*
*Collateral Trustee under 7.50% Senior Secured Notes Due 2016*

| | |
|---|---|
| James O. Johnston | Mark L. Prager |
| Joshua D. Morse | Douglas E. Spelfogel |
| DEWEY & LeBOEUF LLP | FOLEY & LARDNER LLP |
| 333 South Grand Avenue, Suite 2600 | 90 Park Avenue |
| Los Angeles, CA 90071 | New York, NY 10016 |
| Telephone:  (213) 621-6000 | Telephone:  (212) 682-7474 |

*Counsel for U.S. Bank National Association, solely in its capacity as*
*Indenture Trustee under 7.50% Senior Secured Notes Due 2016*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------x
In re:                                          :
                                                :        Chapter 11 Case No.
AMR CORPORATION, et al.,¹                        :
                                                :        11-15463 (SHL)
                                                :
                                                :        (Jointly Administered)
                  Debtors.                      :
------------------------------------------------x
```

## NOTICE OF APPEAL

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number (if applicable), are:  AMR Corporation (5172); American Airlines, Inc. (2798); American Airlines Realty (NYC) Holdings, Inc. (9347); AMR Eagle Holding Corporation (6520); Americas Ground Services, Inc. (1387); PMA Investment Subsidiary, Inc. (8617); SC Investment, Inc. (2622); American Eagle Airlines, Inc. (6404); Executive Airlines, Inc. (3166); Executive Ground Services, Inc. (1679); Eagle Aviation Services, Inc. (3043); Admirals Club, Inc. (8690); Business Express Airlines, Inc.; Reno Air, Inc.; AA Real Estate Holding GP LLC (8033); AA Real Estate Holding L.P. (5325).; American Airlines Marketing Services LLC (0265); American Airlines Vacations LLC (8253); American Aviation Supply LLC (8730); and American Airlines IP Licensing Holding, LLC.

Pursuant to 28 U.S.C. § 158(a)(1) and Rule 8001 of the Federal Rules of Bankruptcy Procedure, Wilmington Trust Company, solely in its capacity as Collateral Trustee (the "Collateral Trustee") with respect to those certain 7.5% Senior Secured Notes Due 2016 (the "Senior Secured Notes") issued by American Airlines, Inc. and guaranteed by AMR Corporation, and U.S. Bank National Association, solely in its capacity as Indenture Trustee with respect to the Senior Secured Notes (together with the Collateral Trustee, the "Appellants"), hereby file this Notice of Appeal of this Court's *Order Denying the Motion of Wilmington Trust Company and U.S. Bank National Association Pursuant to 11 U.S.C. §§ 361, 362(d), 363(e) and 507(b) and Fed. R. Bankr. P. 4001(a) For Entry of an Order Conditioning Use of Property on Provision of Adequate Protection or, in the Alternative, Granting Relief from the Automatic Stay (ECF No. 1088)* [Docket No. 1691], dated as of March 12, 2012 (a copy of which is attached hereto as Exhibit A) (the "Order").

      1.      The names, addresses, and telephone numbers of Appellants' attorneys are as follows:

> Dennis F. Dunne
> Andrew M. Leblanc
> Tyson M. Lomazow
> MILBANK, TWEED, HADLEY & McCLOY LLP
> 1 Chase Manhattan Plaza
> New York, NY 10005
> Telephone: (212) 530-5000
>
> *Counsel for Wilmington Trust Company, solely in its capacity as Collateral Trustee under 7.50% Senior Secured Notes Due 2016*

| | |
|---|---|
| James O. Johnston | Mark L. Prager |
| Joshua D. Morse | Douglas E. Spelfogel |
| DEWEY & LeBOEUF LLP | FOLEY & LARDNER LLP |
| 333 South Grand Avenue, Suite 2600 | 90 Park Avenue |
| Los Angeles, CA 90071 | New York, NY 10016 |
| Telephone: (213) 621-6000 | Telephone: (212) 682-7474 |

*Counsel for U.S. Bank National Association, solely in its capacity as Indenture Trustee under 7.50% Senior Secured Notes Due 2016*

2.       In addition to Appellants, the following also are parties to the Order (along with

the names addresses and telephone numbers of their respective attorneys):

Debtors

Harvey R. Miller
Stephen Karotkin
Alfredo Pérez
Stephen A. Youngman
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000

Official Committee of Unsecured Creditors

Jay M. Goffman
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Telephone: (212) 735-3000

-and-

John Wm. Butler, Jr.
John K. Lyons
Felicia Gerber Perlman
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, IL 60606
Telephone: (312) 407-0700

Citibank, N.A. and certain of its affiliates

Marshall S. Huebner
Timothy E. Graulich
Brian J. Rooder
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000

3

City of Chicago

Allen G. Kadish
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200

-and-

David D. Cleary
GREENBERG TRAURIG, LLP
2375 E. Camelback Road, Ste. 700
Phoenix, Arizona 85016
Telephone: (602) 445-8579

-and-

Diane M. Pezanoski
Esther E. Tryban Telser
CITY OF CHICAGO
City of Chicago; Department of Law
30 North LaSalle Street, Room 1400
Chicago, Illinois 60602
Telephone: (312) 744-1846

The Bank of New York Mellon Trust Company, N.A., as Indenture Trustee

Amy Caton
P. Bradley O'Neill
David Blabey Jr.
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100

and

Edward P. Zujkowski
Mordecai Geisler
EMMET, MARVIN & MARTIN, LLP
120 Broadway
32nd Floor
New York, NY 10271
Telephone: (212) 238-3000

3.      The prescribed fee accompanies this Notice of Appeal.

Dated: New York, New York
       March 26, 2012

                        MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP

                        By:  /s/ Tyson M. Lomazow
                        Dennis F. Dunne
                        Andrew M. Leblanc
                        Tyson M. Lomazow
                        1 Chase Manhattan Plaza
                        New York, NY 10005
                        Telephone:  (212) 530-5000

                        *Counsel for Wilmington Trust Company, solely in its capacity as*
                        *Collateral Trustee under 7.50% Senior Secured Notes Due 2016*

                        James O. Johnston
                        Joshua D. Morse
                        DEWEY & LeBOEUF LLP
                        333 South Grand Avenue, Suite 2600
                        Los Angeles, CA 90071
                        Telephone:  (213) 621-6000

                        Douglas E. Spelfogel
                        Richard J. Bernard
                        FOLEY & LARDNER LLP
                        90 Park Avenue
                        New York, NY 10016
                        Telephone:  (212) 682-7474

                        *Counsel for U.S. Bank National Association, solely in its capacity as*
                        *Indenture Trustee under 7.50% Senior Secured Notes Due 2016*

# **EXHIBIT A**

**Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                        :
In re                                   :       Chapter 11 Case No.
                                        :
AMR CORPORATION, et al.,                :       11-15463 (SHL)
                                        :
                        Debtors.        :       (Jointly Administered)
                                        :
------------------------------------------------------------x
```

### ORDER DENYING THE MOTION OF WILMINGTON TRUST COMPANY AND U.S. BANK NATIONAL ASSOCIATION PURSUANT TO 11 U.S.C. §§ 361, 362(d), 363(e) AND 507(b) AND FED. R. BANKR. P. 4001(a) FOR ENTRY OF AN ORDER CONDITIONING USE OF PROPERTY ON PROVISION OF ADEQUATE PROTECTION OR, IN THE ALTERNATIVE, GRANTING RELIEF FROM THE AUTOMATIC STAY (ECF NO. 1088)

Upon the Motion Pursuant to 11 U.S.C. §§ 361, 362(d), 363(e) and 507(b) and Fed. R. Bankr. P. 4001(a) for Entry of an Order Conditioning Use of Property on Provision of Adequate Protection or, in the Alternative, Granting Relief From the Automatic Stay, filed by Wilmington Trust Company ("**Wilmington Trust**"), solely in its capacity as Collateral Trustee under the 7.50% Senior Secured Notes Due 2016, and U.S. Bank National Association ("**U.S. Bank**"), solely in its capacity as Indenture Trustee under the 7.50% Senior Secured Notes Due 2016 (ECF No. 1088) (the "**Motion**"); and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and upon the objections to the Motion filed by AMR Corporation, American Airlines, Inc., AMR Eagle Holding Corporation, and certain of their subsidiaries, as debtors and debtors in possession (ECF No. 1282), the objection to the Motion filed by the Official Committee of Unsecured Creditors (ECF No. 1283), the limited objection to the Motion filed by the City of Chicago (ECF No. 1293), and the response to the Motion filed by The

Bank of New York Mellon Trust Company, N.A. (ECF No. 1290); and upon the responses relating

to the foregoing filed by Wilmington Trust and U.S. Bank (ECF No. 1375); and a hearing having

been held on February 29, 2012 to consider the relief requested in the Motion (the "**Hearing**"); and

upon the record of the Hearing and ~~the decision of the Court with respect to the Motion stated on~~

~~the record of~~ ***for the reasons stated at*** the Hearing ~~(the "**Decision**")~~; and upon all of the proceedings

had before the Court; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that for the reasons ~~set forth in the Decision~~ ***stated at the Hearing***, the

Motion is denied without prejudice; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters

arising from or related to this Order.

Dated: **March 12, 2012**
New York, New York

      */s/ Sean H. Lane*
      HONORABLE SEAN H. LANE
      UNITED STATES BANKRUPTCY JUDGE